IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES ALEXANDER SMITH,
        Petitioner,

vs.                                                 Case No.:  5:10cv85/LAC/EMT

UNITED STATES OF AMERICA,
        Respondent.
_____/

## O R D E R

This matter is before the court on Respondent's Motion to Stay (Doc. 19).  Before the court rules on this matter, Petitioner shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Petitioner shall respond to Respondent's motion within **TWENTY (20) DAYS** from the date of docketing of this order.

**DONE AND ORDERED** this 7th day of September 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**